UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　CASE NO. 2:14-cr-124-FtM-38CM

JOSE BENITEZ, JR.
_____

### FORFEITURE MONEY JUDGMENT

Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the United States moves for entry of a forfeiture money judgment against defendant Jose Benitez, Jr., in the amount of $12,824.00, representing the proceeds he obtained as the result of the robbery of the Iberia Bank, as charged in Count One of the Indictment.

The defendant was tried by a jury, and the jury found the defendant guilty of the bank robbery offense, in violation of 18 U.S.C. § 2113(a) and (d), as charged in Count One.  Being fully advised of the relevant facts, the Court finds that the defendant obtained $12,824.00 in proceeds as a result of committing the crime charged in Count One.

Accordingly, it is **ORDERED**

The motion of the United States is **GRANTED**.

It is FURTHER **ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C),   28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, defendant Jose Benitez, Jr. is personally liable for a forfeiture money judgment in the amount of $12,824.00.

The Court retains jurisdiction to complete the forfeiture and disposition of any property belonging to the defendant that the government is entitled to seek under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), as a substitute asset in satisfaction of the defendant's money judgment.

**DONE** and **ORDERED** in Fort Myers, Florida, this 6th day of January, 2016.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record