UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:14-cr-124-FtM-38CM

JOSE BENITEZ, JR.
_____

### ORDER

This matter comes before the Court on Motion to Amend/Correct (Doc. #113) filed on February 3, 2016. The Government moves the Court for the entry of an Amended Judgment in order to reflect the inclusion of the Forfeiture Money Judgment (Doc. #103). At sentencing, the Court granted the Government's motion to include the Forfeiture Money Judgment (Doc. #103) in the Judgment. The Defendant acknowledges and agrees the sentence was to include the Forfeiture Money Judgment (Doc. #103). As such, the Court will amend the judgment to appropriately reflect the Forfeiture Money Judgment. Accordingly, it is now

**ORDERED:**

The Motion to Amend/Correct (Doc. 113) is **GRANTED**. The Judgment will be amended to include the Forfeiture Money Judgment (Doc. #103) and will be entered under separate cover.

**DONE AND ORDERED** at Fort Myers, Florida, this February 4, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record